UNITED STATES DISTRICT COURT          **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-12-10650-R (JEMx)                           Date: July 9, 2013

Title:   CLIFTON DWIGHT LEE -v- U.S.A.
===================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DISMISSING ACTION WITHOUT PREJUDICE

**The Court hereby finds that the issues in this action are largely duplicative of those already pending in CV-12-4018-R (JEM), regardless of whether it was brought as a tort or a *Bivens* action, in that both cases ultimately concern plaintiff's claims derived from injuries allegedly sustained during a specific incident on a specific date, when he was transported from Lompoc Valley Medical Center to the Federal Correctional Complex in Lompoc, California.**

**As the previous case was filed months earlier than this one, and has advanced further, including the taking of discovery and the filing of motions to dismiss, the Court now hereby DISMISSES this action, without prejudice.**

**If the matters at issue here are somehow not resolved in the earlier filed action, then the Petitioner may at that time move to reopen this later-filed action.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                    Initials of Deputy Clerk ___WH____
CIVIL -- GEN